# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| JAMES WARD, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00161 |
| | ) | 1:12-cr-00083 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2015 Order.

September 8, 2015

_____
Frank G. Johns, Clerk
United States District Court